ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Carrington Mortgage Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No. 2:18-cv-00414-APG-VCF <br><br> **STIPULATION AND ORDER FOR SECURITY OF COSTS** |

Plaintiff Carrington Mortgage Services, LLC (**Carrington**), and Defendant SFR Investments Pool 1, LLC (**SFR**) hereby stipulate and agree as follows:

1. Pursuant to NRS 18.130(1), SFR's Demand for Security of Costs Pursuant to NRS 18.130(1) filed by SFR on April 2, 2018 [Dkt. No. 7], is granted.

1

44818007;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2. Carrington shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 as to Defendant SFR within seven (7) days of the entry of this order.

DATED this 13th day of April, 2018.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/Natalie L. Winslow*_____<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Plaintiff* | */s/Diana S. Ebron*_____<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED**:** 4-16-2018 _____

2

44818007;1